IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MAYFAIR WIRELESS LLC,                        )
                                             )
            Plaintiff,                       )
                                             )
      v.                                     )    Civil Action No. 11-772 (GMS-SRF)
CELICO PARTNERSHIP d/b/a VERIZON             )
WIRELESS, AT&T MOBILITY LLC,                 )
T-MOBILE USA INC. and                        )
SPRINT NEXTEL CORPORATION,                   )
                                             )
            Counterclaim-Defendants.         )

## ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION

This Order is issued upon consideration of the Report and Recommendation of United States Magistrate Judge Sherry Fallon issued on August 30, 2013, and the Plaintiff's objections (D.I. 41) thereto.

For the reasons set forth in Judge Fallon's Report and Recommendation,

IT IS HEREBY ORDERED THAT:

1.     Magistrate Judge Fallon's Report and Recommendation (D.I. 40) is ADOPTED;

2.     Defendants' Motion to Dismiss for Lack of Subject Jurisdiction (D.I. 17) is GRANTED; and

3.     Plaintiff's Motion for Leave to File a Sur-Reply (D.I. 30) is DENIED.

Dated: June 3, 2014

_____
CHIEF/UNITED STATES DISTRICT JUDGE