UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAYFAIR WIRELESS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CELLCO PARTNERSHIP (d/b/a VERIZON WIRELESS); AT&T MOBILITY LLC; T-MOBILE USA, INC.; and SPRINT NEXTEL CORPORATION,<br><br>    Defendants. | C.A. No. 11-772-GMS-SRF |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Mayfair Wireless, LLC in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the Order adopting the Magistrate Judge's Report and Recommendation and granting Defendants' Motion to Dismiss entered in this action on June 3, 2014. (D.I. 47).

Dated: June 27, 2014

                                            Respectfully submitted,

                                            FARNAN LLP

                                            /s/ Brian E. Farnan
                                            Brian E. Farnan (Bar No. 4089)
                                            Rosemary J. Piergiovanni (Bar No. 3655)
                                            919 North Market Street, 12th Floor
                                            Wilmington, Delaware 19801
                                            302-777-0300
                                            302-777-0301
                                            bfarnan@farnanlaw.com

OF COUNSEL:

Daniel Kotchen
Daniel L. Low
KOTCHEN & LOW LLP
1745 Kalorama Road NW, Suite 101
Washington, DC  20009
Telephone:  (202) 416-1848
Facsimile:  (202) 280-1128
dkotchen@kotchen.com

*Attorneys for Plaintiff Mayfair Wireless, LLC*